UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)

Courtney L. Mendenhall

CASE NO:   18-34026

HEARING DATE:

JUDGE: CMG

CHAPTER: 7

**Order Filed on December 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| Recommended Local Form: | Followed | Modified |

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 28, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

X Granted. The deadline to file schedules is extended to 1/8/19

.

Denied.

rev. 8 / 15