UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)

Courtney L. Mendenhall

Order Filed on December 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO: 18-34026

HEARING DATE:

JUDGE: CMG

CHAPTER: 7

| Recommended Local Form: | Followed | Modified |

# ORDER RE EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 28, 2018

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

X Granted. The deadline to file schedules is extended to 1/8/19

Denied.

rev.8 / 15

2

United States Bankruptcy Court
District of New Jersey

In re:  
Courtney L. Mendenhall  
    Debtor

Case No. 18-34026-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 28, 2018  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2018.  
db          +Courtney L. Mendenhall,    2901 Highway 70 West,    Browns Mill, NJ 08015-7022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                     TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2018                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2018 at the address(es) listed below:  
            George E Veitengruber, III    on behalf of Debtor Courtney L. Mendenhall  
             Gveitengruberesq@gmail.com,    knapolitano15@gmail.com  
            Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.  
             rsolarz@kmllawgroup.com  
            Thomas    Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                          TOTAL: 4