Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−34026−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Courtney L. Mendenhall
  2901 Highway 70 West
  Browns Mill, NJ 08015

Social Security No.:
  xxx−xx−0733

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/9/19.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 9, 2019
JAN: bwj

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-34026-CMG
Courtney L. Mendenhall                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 09, 2019
                              Form ID: 148             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2019.
```
db              #+Courtney L. Mendenhall,    2901 Highway 70 West,    Browns Mill, NJ 08015-7022
517908883       +AT&T C/o Bankruptcy,    1801 Valley View Lane,    Dallas, TX 75234-8906
517908884       +Burlington County Sheriff's Office,    49 Rancocas Road,    Mount Holly, NJ 08060-1317
517908887       +Cenlar,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
517908888       +Comcast C/O Bankruptcy,    P.O. Box 3005,    Southeastern, PA 19398-3005
517908895       +KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue,    Suite 406,
                  Westmont, NJ 08108-2812
517908900       +PSEG,    80 Park Place,    Newark, NJ 07102-4194
517908901        Santander Bank,    P.O. Box 961245,    Terrell, TX 75161
517908903       +US Treasury-FNCL Management,    P.O. Box 830794,    Birmingham, AL 35283-0794
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QTJORR.COM Jan 10 2019 04:08:00     Thomas Orr,    Law Office of Thomas J. Orr,
                  321 High Street,    Burlington, NJ 08016-4411
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 09 2019 23:38:17     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 09 2019 23:38:11     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517908885       +E-mail/Text: bankruptcy@usecapital.com Jan 09 2019 23:39:16     Capital Accounts LLC,
                  P.O. Box 140065,    Nashville, TN 37214-0065
517908886       +EDI: CAPITALONE.COM Jan 10 2019 04:08:00     Capital One,    P.O. Box 30285,
                  Salt Lake City, UT 84130-0285
517908890        EDI: DIRECTV.COM Jan 10 2019 04:08:00     DirectTV,    2230 E. Imperial Hwy,
                  El Segundo, CA 90245
517908889       +EDI: DFAS.COM Jan 10 2019 04:08:00     Defense Fin & Acct. SVC,    8899 East 56th Street,
                  Indianapolis, IN 46249-0002
517908891       +E-mail/Text: bknotice@ercbpo.com Jan 09 2019 23:38:22     Enhanced Recovery Company,
                  P.O. Box 57547,    Jacksonville, FL 32241-7547
517908892       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jan 09 2019 23:43:49     Exeter Finance LLC,
                  P.O. Box 166097,    Irving, TX 75016-6097
517908893       +E-mail/Text: Bankruptcy@homebridge.com Jan 09 2019 23:39:06
                  Homebridge Financial Services Inc.,    P.O. Box 100051,    Kennesaw, GA 30156-9202
517908894       +EDI: IIC9.COM Jan 10 2019 04:08:00     IC Systems,    444 Highway 96 E,
                  Saint Paul, MN 55127-2557
517908897       +EDI: NFCU.COM Jan 10 2019 04:08:00     Navy Federal Credit Union,    P.O. Box 3700,
                  Merrifield, VA 22119-3700
517908896       +EDI: NFCU.COM Jan 10 2019 04:08:00     Navy Federal Credit Union,    820 Follin Lane SE,
                  Vienna, VA 22180-4907
517908898       +E-mail/Text: bankruptcy@onlineis.com Jan 09 2019 23:38:45     Online Information Services,
                  P.O. Box 1489,    Winterville, NC 28590-1489
517908899        EDI: PRA.COM Jan 10 2019 04:08:00     Portfolio Recovery Associates,    120 Corporate Blvd.,
                  Suite 100,    Norfolk, VA 23502
517908902       +EDI: SWCR.COM Jan 10 2019 04:08:00     SW Credit Systems LP,    4120 International Parkway,
                  Suite 1100,    Carrollton, TX 75007-1958
517908904       +EDI: VERIZONCOMB.COM Jan 10 2019 04:08:00     Verizon Wireless,    P.O. Box 26055,
                  Minneapolis, MN 55426-0055
                                                                                              TOTAL: 17
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                            Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Jan 09, 2019
                              Form ID: 148               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2019 at the address(es) listed below:
              George E Veitengruber, III    on behalf of Debtor Courtney L. Mendenhall
               Gveitengruberesq@gmail.com,  knapolitano15@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              Thomas  Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 4
```